# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BARKACS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. GARCIA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-00885-LJO-SKO PC<br><br>ORDER REQUIRING S. PANO TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST HIM<br><br>(Doc. 16)<br><br>TWENTY-DAY DEADLINE |

　　　Plaintiff James Barkacs, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 1, 2011. On March 15, 2012, the United States Marshal was directed to initiate service of Plaintiff's complaint. Defendant S. Pano was personally served with the summons and complaint on December 6, 2012, but he failed to file a timely response or request for an extension of time to respond. Fed. R. Civ. P. 4(e), 6(d), 12(a). (Doc. 16.)

　　　Accordingly, it is HEREBY ORDERED that:

1. Within **twenty (20) days** from the date of service of this order, Defendant Pano shall show cause why default should not be entered against him;

2. To facilitate his ability to comply with this order, Defendant Pano's obligation to respond to the complaint is extended twenty days from the date of service of this order; and

///
///

1

3. The Clerk's Office shall serve a copy of this order on:

> S. Pano, Correctional Officer
> c/o Henry Cervantes, Litigation Coordinator
> Wasco State Prison
> P.O. Box 8800
> 701 Scofield Ave.
> Wasco, CA, 93280.

IT IS SO ORDERED.

**Dated:   February 19, 2013**               /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE