# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BARKACS, | Case No. 1:11-cv-00885-LJO-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT PANO'S MOTION TO DISMISS WITHIN TWENTY-ONE DAYS |
| v. | |
| J. GARCIA, et al., | |
| Defendants. | (Doc. 26) |

Plaintiff James Barkacs, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 1, 2011. The events giving rise to Plaintiff's Eighth Amendment claims against Defendants Pano and Garcia occurred in 2010 at California State Prison-Corcoran (CSP-Corcoran).

On May 15, 2013, Defendant Pano filed a motion to dismiss for failure to exhaust. Pursuant to the Court's order, the motion was re-served on Plaintiff at his new address of record on June 11, 2013. More than twenty-one days have passed and Plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 230(*l*).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to the motion within **twenty-one (21) days** from the date of service of this order; and

///

2.  **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:  **July 30, 2013**  /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE