1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10

JAMES BARKACS,

Case No.  1:11-cv-00885-LJO-SKO PC

11

          Plaintiff,

ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT PANO'S MOTION TO DISMISS WITHIN TWENTY-ONE DAYS

12

    v.

13

J. GARCIA, et al.,

14

          Defendants.

(Doc. 26)

15

_____/

16

17          Plaintiff James Barkacs, a state prisoner proceeding pro se and in forma pauperis, filed this

18 civil rights action pursuant to 42 U.S.C. § 1983 on June 1, 2011.  The events giving rise to

19 Plaintiff's Eighth Amendment claims against Defendants Pano and Garcia occurred in 2010 at

20 California State Prison-Corcoran (CSP-Corcoran).

21          On May 15, 2013, Defendant Pano filed a motion to dismiss for failure to exhaust.

22 Pursuant to the Court's order, the motion was re-served on Plaintiff at his new address of record

23 on June 11, 2013.   More than twenty-one days have passed and Plaintiff has not filed an

24 opposition or a statement of non-opposition to the motion.  Local Rule 230(*l*).

25          Accordingly, it is HEREBY ORDERED that:

26        1.      Plaintiff shall file an opposition or a statement of non-opposition to the motion

27 within **twenty-one (21) days** from the date of service of this order; and

28 ///

2.      **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:   __**July 30, 2013**__                           _____**/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

2